

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 MAR -8  A 10: 05

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| UNITED STEELWORKERS OF AMERICA AFL-CIO-CLC | ) ) | CIVIL ACTION |
|---|---|---|
| | ) | NUMBER: 00-0371 |
| PLAINTIFF | ) ) | SECTION: I |
| VERSUS | ) ) | MAGISTRATE: 3 |
| MURPHY OIL USA, INC. | ) ) | |
| DEFENDANT | ) | |

### MOTION FOR ADMISSION PRO HAC VICE

COMES NOW, the undersigned Julie Richard-Spencer, and moves this Court for an Order granting admission pro hac vice to Richard P. Rouco in order that he appear on behalf of Defendant United Steelworkers of America AFL-CIO-CLC. Mr. Rouco is a member of the Birmingham, Alabama firm of Whatley Drake, LLC, 505 20th Street North, 1100 Financial Center, Birmingham, Alabama 35203. Mr. Rouco is admitted to the Bar of Alabama, as well as the United States District Courts of Alabama and various U. S. Circuit Courts of Appeal. Attached hereto is a certificate reflecting Mr. Rouco's admission to the Northern District of Alabama and his good standing therein.

DATE OF ENTRY  MAR 13 2000



By his signature below Mr. Rouco certifies that he has never been disbarred nor disciplined, that there are no disciplinary proceedings pending against him, and that he is familiar with the Rules of this Court.

_____
/Richard P. Rouco

WHEREFORE, based on the above and foregoing movant submits that the motion for Mr. Rouco's admission pro hac vice is due to granted, and that an appropriate order should follow.

Respectfully submitted,

ROBEIN, URANN & LURYE, P.L.C.

_____
Julie Richard-Spencer (Bar No. 20340)
P.O. Box 6768
2540 Severn Avenue, Suite 400 (70002)
Metairie, Louisiana 70009-6768
(504) 885-9994

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STEELWORKERS OF AMERICA<br>AFL-CIO-CLC | ) <br> ) <br> ) | CIVIL ACTION <br><br> NUMBER: 00-0371 |
| PLAINTIFF | ) <br> ) | <br> SECTION: I |
| VERSUS | ) <br> ) | <br> MAGISTRATE: 3 |
| MURPHY OIL USA, INC. | ) <br> ) | |
| DEFENDANT | ) | |

## O R D E R

Considering the foregoing motion and attached certificate,

IT IS ORDERED that Richard P. Rouco be and he is hereby permitted to appear and participate as co-counsel in the above entitled and numbered action.

New Orleans, Louisiana, this 8th day of March, 2000.

_____
UNITED STATES DISTRICT JUDGE

F:\WP51\SHERON\steelworkers\MURPHY\P-2000\ma pro hac rouco.wpd

-4-