```
                                              FILED
                                        U.S. DISTRICT COURT
                                      EASTERN DISTRICT OF LA

                                       2000 MAR -6  A 11: 35

                                         LORETTA G. WHYTE
                                              CLERK
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STEELWORKERS OF AMERICA AFL-CIO-CLC | CIVIL ACTION |
| | NUMBER: 00-0371 |
| PLAINTIFF | |
| | SECTION: I |
| VERSUS | |
| | MAGISTRATE: 3 |
| MURPHY OIL USA, INC. | |
| | |
| DEFENDANT | |

## MOTION FOR ADMISSION PRO HAC VICE

COMES NOW, the undersigned Julie Richard-Spencer, and moves this Court for an Order granting admission pro hac vice to Joe R. Whatley, Jr. in order that he appear on behalf of Defendant United Steelworkers of America AFL-CIO-CLC. Mr. Whatley is a member of the Birmingham, Alabama firm of Whatley Drake, LLC, 505 20th Street North, 1100 Financial Center, Birmingham, Alabama 35203. Mr. Whatley is admitted to the Bar of Alabama, as well as the United States District Courts of Alabama, various U. S. Circuit Courts of Appeal and the United States Supreme Court. Attached hereto is a certificate reflecting Mr. Whatley's admission to the Northern District of Alabama and his good standing therein.

MAR 13 2000

DATE OF ENTRY



___ Fee
___ Process
 X  Dktd
___ CtRmDep
___ Doc.No.

By his signature below Mr. Whatley certifies that he has never been disbarred nor disciplined, that there are no disciplinary proceedings pending against him, and that he is familiar with the Rules of this Court.

_____
Joe R. Whatley, Jr.

WHEREFORE, based on the above and foregoing movant submits that the motion for Mr. Whatley's admission pro hac vice is due to granted, and that an appropriate order should follow.

Respectfully submitted,

ROBEIN, URANN & LURYE, P.L.C.

_____
Julie Richard-Spencer (Bar No. 20340)
P. O. Box 6768
2540 Severn Avenue, Suite 400 (70002)
Metairie, Louisiana 70009-6768
(504) 885-9994

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STEELWORKERS OF AMERICA AFL-CIO-CLC | ) ) | CIVIL ACTION |
| | ) | NUMBER: 00-0371 |
| PLAINTIFF | ) ) | |
| | ) | SECTION: I |
| VERSUS | ) ) | |
| | ) | MAGISTRATE: 3 |
| MURPHY OIL USA, INC. | ) ) | |
| DEFENDANT | ) | |

### **O R D E R**

Considering the foregoing motion and attached certificate,

IT IS ORDERED that Joe R. Whatley, Jr. be and he is hereby permitted to appear and participate as Counsel of Record in the above entitled and numbered action.

New Orleans, Louisiana, this _9th_ day of _March_, 2000.

_____
UNITED STATES DISTRICT JUDGE

F:\WP51\SHERON\steelworkers\MURPHY\P-2000\ma pro hac whatley.wpd

-4-