

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STEELWORKERS OF AMERICA AFL-CIO-CLC | ) ) ) | CIVIL ACTION |
| | ) | NUMBER: 00-0371 |
| PLAINTIFF | ) ) | SECTION: I |
| VERSUS | ) ) | |
| | ) | MAGISTRATE: 3 |
| MURPHY OIL USA, INC. | ) ) | |
| DEFENDANT | ) | |

### UNOPPOSED MOTION TO RESCHEDULE HEARING ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

The Plaintiff United Steelworkers of America, AFL-CIO-CLC respectfully moves this Honorable Court for an order rescheduling the hearing on Defendant's Motion for Summary Judgment currently set for June 21, 2000. The Plaintiff respectfully requests that the hearing on the Defendant's motion be set on August 2, 2000. As grounds for this motion the Plaintiff states as follows:

1. As currently set, the Plaintiff's response to the Defendant's motion is due on June 13, 2000. Plaintiff's undersigned counsel will be in San Diego, CA for the entire week of June 5, 2000 on a separate matter.

2. Plaintiff's undersigned counsel is also participating in a jury trial scheduled for the week of June 19, 2000. The trial is anticipated to last 3 to 4 days.

DATE OF ENTRY
JUN 1 3 2000



3.     Defendant's counsel does not oppose the rescheduling and corresponding extension of time to file an opposition. Plaintiff also anticipates filing a cross motion for summary judgment.

Wherefore, premises considered, the plaintiff respectfully requests that the Court reschedule the hearing on defendant's motion for summary judgment to August 2, 2000.

Respectfully submitted,

*Richard P. Rouco*
Richard P. Rouco
Ala. Bar No. ROU008

*Julie Richard-Spencer*
Julie Richard-Spencer
La. Bar No. 20340

OF COUNSEL:
Whatley Drake, LLC
505 20th Street North
1100 Financial Center
Birmingham, AL 35203
(205) 328-9576
fax: (205) 328-9669

OF COUNSEL:
Julie Richard-Spencer
Robien, Urann & Lurye
2540 Severn Avenue, Ste. 400
Metairie, LA 70002

### Certificate of Service

I certify that on this the 5th day of June, 2000, a copy of the foregoing was served via U.S. Mail, first class, postage prepaid, to the following counsel of record:

G. Phillip Shuler
H. Michael Bush
Chaffe, McCall, Phillips,
Toler & Sarpy, L.L.P.
2300 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2300

*Richard P. Rouco*
Richard P. Rouco

2

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STEELWORKERS OF AMERICA<br>AFL-CIO-CLC | ) <br> ) <br> ) | CIVIL ACTION <br><br> NUMBER: 00-0371 |
| PLAINTIFF | ) <br> ) | <br> SECTION: I |
| VERSUS | ) <br> ) | <br> MAGISTRATE: 3 |
| MURPHY OIL USA, INC. | ) <br> ) | |
| DEFENDANT | ) | |

## O R D E R

IT IS HEREBY ORDERED AND ADJUDGED that the Motion for Summary Judgment currently set for June 21, 2000 be and is hereby continued until August 2, 2000.

New Orleans, Louisiana this 9th day of June 2000.

_____
JUDGE, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA