

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 JUL 28  PM 4: 03

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STEELWORKERS OF AMERICA, AFL-CIO-CLC | * * | C.A. #00-0371 |
| | * | |
| VERSUS | * * | SECTION "I" |
| | * | MAGISTRATE (3) |
| MURPHY OIL U.S.A., INC. | * * | |

* * * * * * * * * * * * * * *

### UNOPPOSED MOTION TO CONSOLIDATE FILING DEADLINES & FOR LEAVE TO FILE REPLY MEMORANDUM

NOW INTO COURT, through undersigned counsel, comes Murphy Oil U.S.A., Inc. (hereinafter "Murphy"), who respectfully moves this Honorable Court for an Order granting it leave to file a brief Reply Memorandum in response to United Steelworkers of America's (hereinafter "the Union's") recent Memorandum in Opposition to Murphy's Motion for Summary Judgment. If leave is granted, Murphy also requests that the Court consolidate Murphy's filing deadlines, so that it may simultaneously file its Reply Memorandum and its Memorandum in Opposition to the Union's recently-filed Cross Motion for Summary Judgment on July 9, 2000, the date on which the latter would be due per the August 16, 2000 hearing date. The undersigned hereby certifies that counsel for the Union have been consulted and do not oppose the instant Motions.

DATE OF ENTRY
AUG 0 2 2000

Fee_____
Process__
X / Dktd___
__ CtRmDep___
Doc.No.__12__

472766_1

Respectfully submitted,

**CHAFFE, McCALL, PHILLIPS, TOLER & SARPY, L.L.P.**

BY: _____
G. PHILLIP SHULER, T.A. (#12047)
H. MICHAEL BUSH (#23430)
2300 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2300
Telephone: (504) 585-7000
**Attorneys for Defendant**

## CERTIFICATE OF SERVICE

I hereby certify that I have on this 28th day of July, 2000, served a copy of the foregoing pleading on counsel for all parties to this proceeding, by hand-delivery, facsimile, or by depositing same in the United States mail, properly addressed, and first-class postage prepaid.

_____

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STEELWORKERS OF AMERICA, AFL-CIO-CLC | * * * | C.A. #00-0371 |
| VERSUS | * * | SECTION "I" |
| MURPHY OIL U.S.A., INC. | * * * | MAGISTRATE (3) |

* * * * * * * * * * * * * * *

### O R D E R

Having considered the foregoing Unopposed Motion to Consolidate Filing Deadlines & For Leave to File Reply Memorandum, the Court finds that said Motion should be, and the same is hereby, GRANTED. The Clerk of Court is directed to accept Defendant's Reply Memorandum & Memorandum in Opposition to Plaintiff's Motion for Summary Judgment for filing on August 9, 2000.

New Orleans, Louisiana, _____August 1st_____, 2000.

_____
HENRY A. MENTZ, JR.
United States District Judge

472770_1