```
                                        FILED
                                   U.S. DISTRICT COURT
                                   EASTERN DISTRICT OF LA

                                   SEP 14 2000  2000 SEP 14 PM 4:45

                                      LORETTA G. WHYTE
                                           CLERK
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STEELWORKERS OF AMERICA AFL-CIO-CLC | CIVIL ACTION |
| VERSUS | NO. 00-0371 |
| MURPHY OIL, U.S.A., INC. | SECTION "I" (3) |

### JUDGMENT

IT IS ORDERED, ADJUDGED, and DECREED that judgment is hereby entered in favor of plaintiff United SteelWorkers of America, AFL-CIO-CLC and against defendant Murphy Oil, U.S.A., Inc., compelling the parties to arbitrate the grievance regarding the change in the starting time for work.

New Orleans, Louisiana this 13th day of September, 2000.

_____
UNITED STATES DISTRICT JUDGE

DATE OF ENTRY
SEP 15 2000

Fee_____
Process___
X/ Dktd____
✓ CtRmDep__
Doc.No. 16