```
                    FILED
              U.S. DISTRICT COURT
              EASTERN DISTRICT OF LA

              2000 OCT 23  AM 8: 35

                LORETTA G. WHYTE
                     CLERK
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STEEL WORKERS OF AMERICA, AFL-CIO-CLC | CIVIL ACTION |
| VERSUS | NO. 00-371 |
| MURPHY OIL U.S.A., INC. | SECTION "I" (3) |

### ORDER

IT IS ORDERED that defendant's request for oral argument on its Motion for Reconsideration is **DENIED**.

New Orleans, Louisiana this <u>20th</u> day of <u>October</u>, 2000.

_____
UNITED STATES DISTRICT JUDGE

DATE OF ENTRY
OCT 23 2000

