



FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 OCT 23  PM 2: 16

LORETTA G. WHYTE
CLERK

COPY IN CHAMBERS

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STEELWORKERS OF AMERICA, AFL-CIO-CLC | * * * | C.A. #00-0371 |
| | * | SECTION "I" |
| VERSUS | * | JUDGE MENTZ |
| | * | |
| MURPHY OIL U.S.A., INC. | * | MAGISTRATE (3) |
| | * | MAG. JUDGE AFRICK |

* * * * * * * * * * * * * * * *

### MOTION FOR LEAVE TO FILE REPLY & INCORPORATED MEMORANDUM IN SUPPORT

NOW INTO COURT, through undersigned counsel, comes Defendant, Murphy Oil U.S.A., Inc. (hereinafter "Murphy"), who respectfully moves this Honorable Court for an Order granting it leave to file a brief Reply Memorandum to address points raised in the Opposition filed by Plaintiff, United Steel Workers of America (hereinafter "the Union"). Murphy contends that the Union has essentially offered this Court an editorial that misstates both Murphy's arguments in support of its Motion for Reconsideration, as well as the facts and evidence of record. Murphy certifies that its Reply Memorandum will be confined only to those points raised by the Union's Memorandum in Opposition, and that its Reply Memorandum was filed in good faith and not for purposes of delay. However, should this Court be inclined to grant Murphy's Request for Oral Argument, which accompanied its Motion for Reconsideration, then leave and acceptance of this Reply Memorandum will not be necessary. If, however, the Court does not intend to permit oral argument

483669_1 DOC

DATE OF ENTRY
OCT 2 6 2000

Fee_____
Process____
X Dktd_____
CtRmDep____
Doc.No.____

on Murphy's Motion to Reconsider, then Murphy respectfully requests leave to file the instant Memorandum.

        Respectfully submitted,

        CHAFFE, McCALL, PHILLIPS,
        TOLER & SARPY, L.L.P.

        /s/ H. Michael Bush
        G. PHILLIP SHULER, T.A. (#12047)
        H. MICHAEL BUSH (#23430)
        2300 Energy Centre, 1100 Poydras Street
        New Orleans, LA 70163-2300
        Telephone: (504) 585-7000
        **Attorneys for Defendant**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading was served upon counsel of record for plaintiff via facsimile and by placing same in the United States Mail, properly addressed and postage prepaid, this 23d day of October, 2000.

/s/ H. Michael Bush

483669_1.DOC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STEELWORKERS OF AMERICA, AFL-CIO-CLC** | * * * | C.A. #00-0371 |
| | * | SECTION "I" |
| **VERSUS** | * * | JUDGE MENTZ |
| **MURPHY OIL U.S.A., INC.** | * * | MAGISTRATE (3) MAG. JUDGE AFRICK |

* * * * * * * * * * * * * * * *

## O R D E R

HAVING CONSIDERED the foregoing Motion for Leave to File Reply Memorandum, the Court finds that said Motion is due to be, and the same is hereby, GRANTED. The Clerk of Court is directed to accept Murphy's Reply Memorandum for filing into the record of this cause.

DONE AND ORDERED, this 24 day of October, 2000, New Orleans, Louisiana.

HENRY A. MENTZ, JR.
United States District Judge

483672_1 DOC