UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED DEC 14 2000
LORETTA G. WHYTE
CLERK

# NOTICE

00-371 C

TO:   Counsel of Record

The Section "I" cases on the attached list are temporarily reallotted to the judges of the court as noted.

Effective immediately documents filed in these cases shall reflect Section "I" with the designated temporary section letter in parenthesis. For example, Section "I"(B).

All documents filed in these cases shall reflect the new section designations.

December 14, 2000                                          Loretta G. Whyte, Clerk



UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

N O T I C E

THE FOLLOWING SECTION I CASES ARE TEMPORARILY
REALLOTTED EFFECTIVE DECEMBER 14, 2000

| CIVIL CASE NO. | TITLE | TEMPORARILY REALLOTTED TO: |
|---|---|---|
| 96-1258 | Tidewater Marine v Sanco Intl | N |
| 97-1050 | Flowers v Runyon | C |
| 98-0679 | Comardelle v Hernandez | N |
| 98-1097 | Johnson v Cain | B |
| 98-1893 | Nelson v Stalder | S |
| 99-0181 | Williams v Daybrook Fisheries | F |
| 99-0768 | Sanders v Foti | T |
| 99-1441 | Wong v United Air Lines Inc | B |
| 99-1685 | Hunt v R & B Falcon Drlg | N |
| 99-2431 | Scully v Mabile | D |
| 99-2782 | Marshall v Bridgestone | B |
| 99-3685 | Hanna v USA | F |
| 00-0160 | Chet Morrison v Captain JB Rawls | D |
| 00-0194 | Mitsui & Co USA v Aurora Opal MV | J |
| 00-0371 | United Steelworkers v Murphy Oil | C |
| 00-0491 | Sumitomo Mar v Barge ACBL 1345 | L |
| 00-0694 | Gordon v Treasure Chest | S |
| 00-0712 | Bennett v USA | T |
| 00-0751 | Willis, et al v FEMA | C |
| 00-0923 | King v Foti | J |
| 00-1028 | Walker, et al v Ponchatoula City | L |