FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 JAN -5 PM 4:40

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STEELWORKERS OF AMERICA<br>AFL-CIO-CLC | ) <br>) <br>) | CIVIL ACTION<br><br>NUMBER: 00-0371 |
| PLAINTIFF | ) <br>) | SECTION: I "C" |
| VERSUS | ) <br>) | MAGISTRATE: 3 |
| MURPHY OIL USA, INC. | ) <br>) | |
| DEFENDANT | ) | |

### JOINT MOTION FOR CONTINUANCE
### AND INCORPORATED MEMORANDUM

NOW INTO COURT, through undersigned counsel, come the parties in this matter, United Steelworkers of America, AFL-CIO-CLC and Murphy Oil USA, Inc. who respectfully request that this Honorable Court continue the trial date currently set for January 22, 2001 and the pre-trial conference date currently scheduled for January 9, 2001.

This matter was initially set before Judge Mentz to whom both parties submitted cross motions for summary judgment. On September 15, 2000, Judge Mentz entered judgment denying the motion for summary judgment of Murphy Oil and granting the United Steelworkers motion for summary judgment. Subsequent to that date, Murphy Oil USA requested reconsideration of the court's decision. Before this motion could be heard, the matter was temporarily reallocated to Judge Ginger Berrigan. The decision on the motion for reconsideration could render the need for a trial in

-1-



this matter moot. Additionally, lead counsel for Murphy Oil has an unavoidable scheduling conflict with the current trial date. The parties concur that a continuance of this trial is necessary and should be granted by this court and the parties request that the court conduct a scheduling conference to select new trial dates.

                                Respectfully submitted,

                                */s/ Julie Richard-Spencer*
                                Julie Richard-Spencer (Bar No. 20340)
                                ROBEIN, URANN & LURYE, P.L.C.
                                P. O. Box 6768
                                2540 Severn Avenue, Suite 400 (70002)
                                Metairie, Louisiana 70009-6768
                                Telephone: (504) 885-9994
                                Facsimile: (504) 885-9969
                                Counsel for United Steelworkers of America,
                                AFL-CIO-CLC

                                */s/ H. Michael Bush*
                                H. Michael Bush (Bar No. 23430)
                                G. Phillip Schuler (Bar No. 12047)
                                CHAFFE, MCCALL, PHILLIPS,
                                    TOLER & SARPY, L.L.P.
                                2300 Energy Centre, 1100 Poydras Street
                                New Orleans, Louisiana 70163-2300
                                (504) 585-7000
                                Counsel for Murphy Oil USA, Inc.

F:\APPS\WP51\SHERON\steelworkers\MURPHY\P-2001\jm-continue.wpd

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STEELWORKERS OF AMERICA AFL-CIO-CLC | ) ) ) | CIVIL ACTION |
| PLAINTIFF | ) ) | NUMBER: 00-0371 |
| VERSUS | ) ) | SECTION: I |
| MURPHY OIL USA, INC. | ) ) ) | MAGISTRATE: 3 |
| DEFENDANT | ) | |

O R D E R

IT IS HEREBY ORDERED AND ADJUDGED, that the trial in this matter currently set for January 22, 2001 and pre-trial conference in this matter currently scheduled for January 9, 2001 be and is hereby continued, and the court conduct a scheduling conference on the _____ day of _____, 2001 to select new trial dates.

New Orleans, Louisiana this _____ day of January, 2001.

_____
JUDGE
UNITED STATES DISTRICT COURT