


FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 FEB -7 AM 10: 36

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STEELWORKERS OF AMERICA, AFL-CIO-CLC | * * * | CIV. ACTION NO. 00-0371 |
| VERSUS | * * | SECTION I(C) JUDGE MENTZ / BERRIGAN |
| MURPHY OIL U.S.A., INC. | * * | MAGISTRATE (3) MAG. JUDGE AFRICK |

* * * * * * * * * * * * * * * *

### NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that Defendant in Civil Action Number 00-0371 on the docket of this Honorable Court, Murphy Oil U.S.A., Inc. ("Murphy"), hereby appeals to the United States Court of Appeals for the Fifth Circuit from the Final Judgment signed on September 13, 2000, and entered into the record on September 15, 2000, in the above-referenced Civil Action, and on which Murphy's Motion for Reconsideration was denied by Order signed January 8, 2001, and entered into the record on January 9, 2001. This Appeal includes the referenced Final Judgment, the Order denying Murphy's Motion for Reconsideration, and all prior Orders and/or Rulings leading thereto that were adverse to Murphy's interests in this case. This Notice of Appeal is timely via Rule 4(a)(4)(A) of the Federal Rules of Appellate Procedure.

495769_1

___Fee  /05.00   pd.
___Process_____
 X  Dktd_____
___CtRmDep_____
   Doc.No._29___

Respectfully submitted,

**CHAFFE, McCALL, PHILLIPS, TOLER & SARPY, L.L.P.**

_/s/ H. Michael Bush_
G. PHILLIP SHULER, T.A. (#12047)
H. MICHAEL BUSH (#23430)
2300 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2300
Telephone: (504) 585-7000
**Attorneys for Defendant**

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading was served upon counsel of record for Plaintiff via facsimile and by placing same in the United States Mail, properly addressed and first-class postage prepaid, this 7th day of February, 2001.

_/s/ H. Michael Bush_

495769_1                                 2