No. 01-30221

CA 00-371 I

UNITED STEELWORKERS OF AMERICA, AFL-CIO-CLC

    Plaintiff - Appellee

v.

MURPHY OIL USA INC

    Defendant - Appellant



U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED MAR 30 2001
LORETTA G. WHYTE
CLERK

### ENTRY OF DISMISSAL

Pursuant to appellant's motion this appeal is dismissed this 28th day of March, 2001, see FED. R. APP. P. 42(b).

    CHARLES R. FULBRUGE III
    Clerk of the United States Court
    of Appeals for the Fifth Circuit

By: *Claudia Farrington*
    Claudia Farrington, Deputy Clerk

    FOR THE COURT - BY DIRECTION

DIS-4

A true copy
Test
Clerk, U. S. Court of Appeals, Fifth Circuit
By *Claudia Farrington*
   Deputy  3/28/01
New Orleans, Louisiana

IN THE

UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT                    MAR 27 2001

---
NO. 01-30221
---

UNITED STEELWORKERS OF AMERICA, AFL-CIO-CLC,
*Plaintiff-Appellee*

VERSUS

MURPHY OIL U.S.A., INC.
*Defendant-Appellant*

---
Appeal from the United States District Court
Eastern District of Louisiana,
Civil Action No. 00-371, "I"("C")(3),
Hons. Henry A. Mentz, Jr./Ginger Berrigan, Presiding
---

### UNOPPOSED MOTION FOR VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF APPELLATE PROCEDURE 42(b)

NOW COMES Appellant, Murphy Oil U.S.A., Inc. ("Murphy"), who, pursuant to Federal Rule of Appellate Procedure 42(b), voluntarily dismisses its appeal to the United States Court of Appeals for the Fifth Circuit against Appellee, United Steel Workers of America, AFL-CIO-CLC ("USWA"), in the above entitled and numbered matter. Murphy, therefore, respectfully moves this Honorable Court to enter an Order dismissing the instant appeal, with each party to bear its own costs. Murphy hereby certifies that it has conferred with counsel for

501961_1

USWA, who poses no opposition to the instant Motion, its terms, or the entry of the requested Order of Dismissal.

Respectfully submitted,

CHAFFE, McCALL, PHILLIPS,
TOLER & SARPY, L.L.P.

*/s/ H. Michael Bush*

G. PHILLIP SHULER, (#12047)
H. MICHAEL BUSH (#23430)
2300 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2300
Telephone: (504) 585-7000
**Attorneys for Defendant/Appellant**

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing has been served upon:

Arlus J. Stephens (#84101)
Assistant General Counsel
United Steelworkers of America
Five Gateway Center
Pittsburgh, PA  15222

by U. S. Mail on this 27th day of March, 2001, in accordance with the Rules of this Court.

*/s/ H. Michael Bush*